

**IT IS ORDERED as set forth below:**

**Date: March 10, 2023**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| In re: | \| | JUDGE PAUL W. BONAPFEL |
| | \| | |
| **KARREN ELIZABETH BENNETT,** | \| | CASE NO: 17-43012-PWB |
| Aka Karren Elizabeth Jackson, | \| | |
| | \| | |
| Debtor. | \| | CHAPTER 13 |

### ORDER AND NOTICE OF HEARING FOR DEBTOR TO SHOW CAUSE
### WHY CASE SHOULD NOT BE CLOSED WITHOUT ENTRY OF DISCHARGE

The docket reflects that the Chapter 13 Trustee filed a notice of plan completion and final report and accounting (Docket Nos. 38 & 40. Because the Debtor has failed to file (1) the 11 U.S.C. § 1328 Certificate and (2) certificate showing completion of an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1), the Court is unable to enter a discharge. Accordingly, it is

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Debtor shall appear by phone or virtually for announcements at the following number:  toll free **833-568-8864**; meeting id **161 794 3084**, (**\*6** to unmute your line), and show cause why this bankruptcy case should not be closed without entry of a discharge on **April 26, 2023, at 10:00 a.m., in Courtroom 342**, United States Courthouse, 600 East First Street, Rome, GA  30161.

If the Debtor files all necessary documents prior to the hearing date, the matter shall be removed from the calendar.  If all necessary documents are not filed at the time set for hearing, absent further order of the Court, the Clerk is authorized to close this case without the entry of a discharge.

The Clerk is directed to serve copies of this Order and Notice upon the Debtor, counsel for the Debtor, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**